ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
MAO-SHEN PATRICK LIN

FILED

2007 MAY 24  A 11: 58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

c/HRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MAO-SHEN PATRICK LIN,<br><br>        Defendant. | CASE NO. 5:06-mj-70561<br><br>ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE |

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that Mrs. Julie Lin, the present custodian of PATRICK LIN in the above-referenced matter, be and is hereby allowed to leave the State of California and travel to Taiwan in the Republic of China during the period of May 31, 2007 through June 26, 2007, so that she can see her mother. During that period of time, she is and will be removed as the custodian of PATRICK LIN in this case. Upon her return from Taiwan, on or about June 26, 2007, she will resume such duties as the custodian. During the period of time that she is absent from the country, Mr. LIN will be allowed release without a custodian. All other conditions of bail will remain unchanged.

IT IS SO ORDERED.

DATED: __5/24__, 2007

_____
HON. ~~PATRICIA V. TRUMBULL~~ Howard R. Lloyd
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT