```
1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CASBN 121782)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5596
7      Facsimile: (408) 535-5066
       E-mail: David.Callaway@usdoj.gov
8
   Attorneys for Plaintiff
9
```

**Filed**

JUN 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAO SHIN PATRICK LIN, <br><br> Defendant. | No. 06-70561 - PVT <br><br> **GOVERNMENT'S REQUEST TO DISMISS COMPLAINT WITHOUT PREJUDICE; ORDER [proposed]** <br><br> Date: June 29, 2010 <br> Time: 9:30 a.m. <br><br> Before The Honorable Patricia V. Trumbull |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the above-captioned Complaint without prejudice. The basis for this request is that, although the parties are continuing to attempt to resolve this case, they are nowhere near to having reached a meeting of the minds, nor has the government decided, absent a negotiated resolution, which charges, if any, to bring by way of an indictment. There appears to be no useful purpose served by continuing this matter in complaint status, however – hence this request to dismiss.

//

| | |
|---|---|
| 1    DATED: June 25, 2010 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/ |
| | DAVID R. CALLAWAY<br>Assistant United States Attorney |

### ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Complaint is DISMISSED and the bond is exonerated.

6/28/10

PATRICIA V. TRUMBULL
United States Magistrate Judge

USA's Request to Dismiss Complaint
[CR 06-70561]

2